**CT Corporation**

**Service of Process Transmittal**
03/25/2016
CT Log Number 528883289

**TO:** Emily Lawrence
CNH Industrial America LLC
5729 Washington Ave
Mount Pleasant, WI 53406-4017

**RE:** Process Served in Nebraska

**FOR:** CaseNewHolland Inc. (Former Name) (Domestic State: DE)
CASE NEW HOLLAND INDUSTRIAL INC. (True Name)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** Bradon L. Payne, Pltf. vs. Case New Holland, Inc., etc., Dft.
Name discrepancy noted.

**DOCUMENT(S) SERVED:** Summons, Complaint and Demand for Jury Trial

**COURT/AGENCY:** Lancaster County District Court, NE
Case # CI161008

**NATURE OF ACTION:** Personal Injury - Failure to Maintain Premises in a Safe Condition - On or about 6th May 2014 - 3445 W. Stolley Park Road, Grand Island, Hall County, Nebraska

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Lincoln, NE

**DATE AND HOUR OF SERVICE:** By Certified Mail on 03/25/2016 postmarked: "Not Post Marked"

**JURISDICTION SERVED:** Nebraska

**APPEARANCE OR ANSWER DUE:** Within 30 days of service

**ATTORNEY(S) / SENDER(S):** Scott D. Grafton
Brandon L. Payne
1125 12th St. Suite A
PO Box 328
Aurora, NE 68818
402-694-6664

**ACTION ITEMS:** CT has retained the current log, Retain Date: 03/25/2016, Expected Purge Date: 03/30/2016

Image SOP

Email Notification, Emily Lawrence  emily.lawrence@cnh.com

Email Notification, Rachel Figgins  rachel.figgins@cnh.com

**SIGNED:** C T Corporation System
**ADDRESS:** 5601 South 59th Street
Suite C
Lincoln, NE 68516
**TELEPHONE:** 314-863-5545


Exhibit A

Page 1 of 1 / NM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**GRAFTON LAW OFFICE**

1125 12th Street, Suite ...
PO Box 328
Aurora, NE 68818

U.S. POSTAGE PAID
AURORA, NE
68818
MAR 23 16
AMOUNT
$6.74
R2304W119948-13

CERTIFIED MAIL®

7015 1730 0002 1228 8670

Case New Holland, Inc.
C/o C T Corporation System
5601 South 59th Street
Lincoln, NE 68516

Image ID: D00479367D02

**SUMMONS**

Doc. No. 479367

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln          NE 68508

Brandon L. Payne v. Case New Holland, Inc.

Case ID: CI 16   1008

TO: Case New Holland, Inc.

You have been sued by the following plaintiff(s):

  Brandon L Payne

Plaintiff's Attorney: Scott D Grafton
Address: 1125 12th St Suite A
         PO Box 328
         Aurora, NE 68818
Telephone: (402) 694-6664

A copy of the complaint/petition is attached. To defend this lawsuit, an appropriate response must be served on the parties and filed with the office of the clerk of the court within 30 days of service of the complaint/petition. If you fail to respond, the court may enter judgment for the relief demanded in the complaint/petition.

Date: MARCH 23, 2016   BY THE COURT: _____ Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE COMPLAINT/PETITION ON:

  Case New Holland, Inc.
  c/o C T Corporation System
  5601 South 59th Street
  Lincoln, NE 68516

Method of service: Certified Mail

You are directed to make such service within ten days after the date of issue, and file with the court clerk proof of service within ten days after the signed receipt is received or is available electronically, whichever occurs first.

Filed in Lancaster District Court
*** EFILED ***
Case Number: D02CI160001008
Transaction ID: 0003537080
Filing Date: 03/22/2016 05:05:57 PM CDT

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA

| | |
|---|---|
| BRANDON L. PAYNE, ) | Case No. CI 16- |
| ) | |
| Plaintiff, ) | |
| ) | **COMPLAINT FOR PERSONAL** |
| v. ) | **INJURY AND PRAECIPE** |
| ) | **AND DEMAND FOR JURY TRIAL** |
| CASE NEW HOLLAND, INC., a ) | |
| Delaware Corporation. ) | |
| ) | |
| Defendant. ) | |

COMES NOW Plaintiff, Brandon L. Payne, and for his claim for damages against the Defendant alleges as follows:

1. Plaintiff is a resident of Hastings, Adams County, Nebraska.

2. Defendant, Case New Holland, Inc., is a Delaware Corporation authorized to transact business in the State of Nebraska and has its registered office in Lincoln, Lancaster County, Nebraska.

3. Defendant operates a business located at 3445 W. Stolley Park Road, Grand Island, Hall County, Nebraska.

4. On or about the 6th of May, 2014, Plaintiff was in Defendant's place of business in Grand Island, Nebraska, when a forklift being operated by an employee of Defendant struck the Plaintiff causing him serious injury.

5. The injuries to Plaintiff were proximately caused by the negligent acts and omissions of Defendant's employee as follows:

   a. Failing to maintain a proper lookout;

   b. Failing to keep the forklift under reasonable control;

   c. Failing to operate the forklift in a safe and reasonable manner and without

1

regard to the safety of others.

6. As a proximate result of the negligence of Defendant's employee, Plaintiff was damaged as follows:

  a. Severe injuries to his right foot and ankle;
  b. Permanent partial impairment and physical restrictions;
  c. Hospital and medical expenses totaling $70,465.98;
  d. Lost wages totaling $1,580.86;
  e. Damage to Plaintiff's personal property in the approximate amount of $150.00;
  f. Mileage expenses;
  g. Physical pain, mental suffering, and emotional distress;
  h. Loss of enjoyment of life; and
  i. Inconvenience.

WHEREFORE, the Plaintiff, Brandon L. Payne, requests that this matter be heard by a jury, prays for judgment against the Defendant in the amount equal to at least $72,196.84, plus general damages and costs.

Dated this 22nd day of March, 2016.

BRANDON L. PAYNE, Plaintiff

By  GRAFTON LAW OFFICE, P.C.
    1125 12th Street, Suite A
    PO Box 328
    Aurora, NE 68818
    (402) 694-6664

By  /s/ Scott D. Grafton
    Scott D. Grafton, #22264

2

**TO THE CLERK OF SAID COURT:**

Please issue summons in the above-entitled matter and deliver the same to counsel for Plaintiff for service upon Defendant as follows:

C T Corporation System
5601 South 59th Street
Lincoln, NE 68516

Service will be made via certified mail, return receipt requested.

Dated this 22nd day of March, 2016.

                              BRANDON L. PAYNE, Defendant

By    GRAFTON LAW OFFICE, P.C.
        1125 12th Street, Suite A
        PO Box 328
        Aurora, NE 68818
        (402) 694-6664

By    */s/ Scott D. Grafton*
        Scott D. Grafton, #22264

3