IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRANDON L. PAYNE, | ) | Case No. 8:16-cv-00172 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JOINT MOTION FOR DISMISSAL |
| CNH INDUSTRIAL AMERICA, LLC | ) | WITH PREJUDICE |
| | ) | |
| and | ) | |
| | ) | |
| MALACE INTERNATIONAL, LLC, a | ) | |
| Michigan limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW, Plaintiff, Brandon L. Payne, and Defendants, CNH Industrial America, LLC and Malace International, LLC, a Michigan limited liability company, by and through their attorneys of record, and hereby jointly move this Court for an Order dismissing this matter, with prejudice, as the parties have resolved this matter.

WHEREFORE, Plaintiff and Defendants jointly move this Court for an Order dismissing this matter, with prejudice, each party to pay its own costs.

DATED this 7th day of September, 2017.

BRANDON L. PAYNE, Plaintiff,                    CNH INDUSTRIAL AMERICA, LLC, Defendant,


/s/ Terrance J. Salerno                          /s/ David L. Welch
Terrance J. Salerno                              David L. Welch, #18881
SALERNO LAW FIRM                                 PANSING HOGAN ERNST & BACHMAN, LLP
809 N. 96th Street, Suite 100                    10250 Regency Circle, Suite 300
Omaha, NE 68114                                  Omaha, NE 68114
P: (402)-502-9002                                P: (402)-397-5500
E: tsalerno@tsalerno-law.com                     E: dwelch@pheblaw.com

*/s/ Scott D. Grafton*
Scott D. Grafton
GRAFTON LAW OFFICES
P.O. Box 328
Aurora, NE 68818
P: (402) 694-6664
E: sgrafton@graftonlawoffices.com


MALACE   INTERNATIONAL,   LLC,   a
Michigan   limited   liability   company,
Defendant,


*/s/ John M. Burns*
John M. Burns
EVANS, DIXON LAW FIRM
222 S. 72nd Street, Suite 302
Omaha, NE 68114
P: (402) 397-0800
E: jburns@evans-dixon.com