# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRANDON L. PAYNE, | Case No. 8:16-cv-00172 |
| Plaintiff, | |
| v. | |
| CNH INDUSTRIAL AMERICA, LLC | ORDER OF DISMISSAL WITH PREJUDICE |
| and | |
| MALACE INTERNATIONAL, LLC, a Michigan limited liability company, | |
| Defendants. | |

After considering Plaintiff Brandon L. Payne's and Defendants' CNH Industrial America, LLC and Malace International, LLC, a Michigan limited liability company, Joint Motion to Dismiss with prejudice, the Court sustains the joint motion and dismisses this matter with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice, each party to pay its own costs.

DATED this 8th day of September, 2017.

BY THE COURT:

___s/ Joseph F. Bataillon_____
Joseph F. Bataillon
Senior United States District Judge

Prepared and submitted by:

*/s/ David L. Welch*_____
David L. Welch, #18881
PANSING HOGAN ERNST & BACHMAN, LLP
10250 Regency Circle, Suite 300
Omaha, NE 68114
P: (402)-397-5500
E: dwelch@pheblaw.com

Approved as to form and content and entry requested:

| BRANDON L. PAYNE, Plaintiff, | MALACE INTERNATIONAL, LLC, a Michigan limited liability company, Defendant. |
|---|---|
| */s/ Terrance J. Salerno*_____ | */s/ John M. Burns*_____ |
| Terrance J. Salerno | John M. Burns |
| SALERNO LAW FIRM | EVANS, DIXON LAW FIRM |
| 809 N. 96th Street, Suite 100 | 222 S. 72nd Street, Suite 302 |
| Omaha, NE 68114 | Omaha, NE 68114 |
| P: (402) 502-9002 | P: (402) 397-0800 |
| E: tsalerno@tsalerno-law.com | E: jburns@evans-dixon.com |

*/s/ Scott Grafton*_____
Scott D. Grafton
GRAFTON LAW OFFICES
P.O. BOX 328
Aurora, NE 68818
P: (402) 694-6664
E: sgrafton@graftonlawoffices.com